UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOR GENSINGER,

    Plaintiff,

vs.                      Case No. 4:12cv243-MCR/CAS

THREE UNKNOWN FRANKLIN
CORRECTIONAL OFFICERS, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 2, 2013. (Doc. 47). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed (*see* doc. 48), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss (doc. 33) is **DENIED**.

3. Defendant's motion for sanctions (doc. 33) is **GRANTED**. On or before August 23, 2013, plaintiff shall submit to opposing counsel a total of $110.20 (representing the previously assessed $44.10 sanction (*see* doc. 32), and a new sanction of $66.10 for missing the second deposition and failing to contact opposing counsel prior to the deposition.

4. Defendant's request to stay this case pending plaintiff's payment of the sanctions (doc. 48) is **DENIED**.

5. This case is **REMANDED** to the magistrate judge for further proceedings.

**DONE and ORDERED** this 9th day of August, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**