# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**THOR GENSINGER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　Case No. 4:12cv243-MCR/CAS

**THREE UNKNOWN FRANKLIN
CORRECTIONAL INSTITUTION
CORRECTIONAL OFFICERS, et al.,**

    **Defendants.**
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation (doc. 70). The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1) the Court has made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court determines that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation is **adopted and incorporated** by reference in this Order.

2. The Defendants' motion to dismiss this case as a third sanction for Plaintiff's hindrance of the discovery process (doc. 63) is **GRANTED**; the motion to impose the reasonable costs associated with the third attempt to take Plaintiff's deposition (doc. 63) is also **GRANTED** and pursuant to Rule 37, Plaintiff is assessed reasonable costs of $372.32.

This case is hereby **DISMISSED** for Plaintiff's failure to prosecute his claims against the remaining Defendants.

**DONE and ORDERED** this 27th day of November, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**